ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:  (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

E-FILED 08/04/11
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>$13,770.00<br>IN U.S. CURRENCY,<br><br>          Defendant.<br>_____<br><br>JESSE ROMAN,<br><br>          Claimant.<br>_____ | NO.  CV 10-9077 PSG(RZx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT OF<br>FORFEITURE** |

This action was filed on November 23, 2010.  Notice was given

and published in accordance with law.  Claimant Jesse Roman

("claimant") filed a claim on January 31, 2011.  No other claims or

answers have been filed, and the time for filing such claims and answers has expired. Plaintiff and claimant, from whom the $13,770.00 ("defendant currency") was seized, have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the entirety of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether

1    pursuant to 28 U.S.C. § 2465 or otherwise.

2    5.    The court finds that there was reasonable cause for the

3          seizure of the defendant currency and institution of

4          these proceedings.  This judgment shall be construed as

5          a certificate of reasonable cause pursuant to 28 U.S.C.

6          § 2465.

7    6.    The Court retains jurisdiction over this case and the

8          parties hereto to effectuate the terms of this Consent

9          Judgment.

10   Dated:   __08/04_____, 2011

12                           PHILIP S. GUTIERREZ
                             _____
13                           THE HONORABLE PHILIP S. GUTIERREZ
                             UNITED STATES DISTRICT JUDGE

18   [Signatures of counsel appear on the next page.]

**Approved as to form and content:**

Dated: August 3, 2011        ANDRÉ BIROTTE JR.
                             United States Attorney
                             ROBERT E. DUGDALE
                             United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                             _____
                             P. GREG PARHAM
                             Assistant United States Attorney
                             Asset Forfeiture Section

                             Attorneys for Plaintiff
                             United States of America


Dated: August 2, 2011

                             _____
                             WILLIAM DOMNARSKI
                             Attorney for Claimant
                             JESSE ROMAN